Evan J. Smith (SBN 242352)
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone:  (877) 534-2590
Facsimile:    (310) 247-0160

*Attorneys for Plaintiff Erick Moran*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK MORAN, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>AUTOZONE, INC, ET. AL.<br><br>                              Defendants. | **CASE No. 09-cv-01964-MMM (PLAx)**<br><br>~~[PROPOSED]~~ **ORDER FOR LEAVE OF COURT TO AMEND COMPLAINT AND TO REMAND ACTION TO STATE COURT** |

Based upon the stipulation between the parties and their respective counsel, and good cause having been shown, it is hereby ORDERED as follows:

1.      Plaintiff is granted an additional 30 days from the date of this Order to serve the amended complaint upon any Defendant who has not been served;

2.      Plaintiff is granted leave of Court pursuant to FRCP 15 to amend his original Complaint, and the Amended Complaint docketed on August 19, 2009 is hereby deemed filed *nunc pro tunc*.

3.      This action is hereby remanded back to Superior Court of California – Los Angeles County as jurisdiction no longer exists in federal Court based upon

//

//

- 1 -
[PROPOSED] ORDER FOR LEAVE TO AMEND COMPLAINT AND REMAND ACTION

1 | the allegations of the Amended Complaint.
2 |     IT IS SO ORDERED.
3 | Dated: February 8, 2010    BY THE COURT
4 |
5 | _____
  HONORABLE MARGARET M. MORROW
6 | UNITED STATES DISTRICT COURT

- 2 -
[PROPOSED] ORDER FOR LEAVE TO AMEND COMPLAINT AND REMAND ACTION